**Order entered September 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-15646**

## ORDER

Before the Court are appellant's August 28, 2013 motion for leave to file a late-filed brief, appellant's September 3, 2013 motion to amend its brief, and appellees' August 21, 2013 motion in opposition to the motion to extend the time to file a brief and motion to dismiss the appeal for want of prosecution. We **GRANT** appellant's September 3, 2013 motion to amend its brief **TO THE EXTENT** that appellant shall file his brief on or before September 6, 2013.

We **DENY** appellees' motion to dismiss the appeal. We **DENY** as moot appellant's August 28, 2013 motion.

/s/     DAVID LEWIS
       JUSTICE